## PATTERSON *v.* THE STATE.

*Atkinson, J.*—There being no complaint that any error of law was committed; the evidence to sustain the verdict being ample, and the newly discovered evidence being merely of an impeaching character, this court will not control the discretion of the trial judge in refusing to grant a new trial.

November 15, 1895.                    *Judgment affirmed.*

Indictment for assault and battery. Before Judge Reese. Hart superior court. September term, 1895.

*A. G. McCurry*, for plaintiff in error.

*W. M. Howard, solicitor-general*, contra.